**In re Jorge Alberto ALVAREZ, Relator.**

**No. 13–03–00667–CR.**

Court of Appeals of Texas, Corpus Christi–Edinburg.

Dec. 19, 2003.

Jorge Alberto Alvarez, Kenedy, pro se.

Rene A. Guerra, Criminal Dist. Atty., Edinburg, for real party in interest.

Juan Ramon Partida, Edinburg, for respondent.

Before Chief Justice VALDEZ and Justices HINOJOSA and CASTILLO.

## OPINION

PER CURIAM.

Relator, Jorge Alberto Alvarez, filed a pro se petition for writ of mandamus on October 30, 2003, requesting this Court to direct the respondent, the Honorable Juan R. Partida, presiding judge of the 275th District Court of Hidalgo County, Texas, to rule on a petition for writ of habeas corpus which relator filed on or about August 18, 2003, in cause Numbers CR–0586–98–E(1) and CR–1507–00–E(1). The real-party-in-interest, the State of Texas, has filed a response to relator's petition.

The Court of Criminal Appeals has the authority to issue a writ of mandamus when a trial court fails to act on a petition for writ of habeas corpus. *See, e.g., Martin v. Hamlin*, 25 S.W.3d 718, 719 (Tex. Crim.App.2000); *McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex.Crim.App.1992). We are of the opinion that this Court does not have jurisdiction over matters related to post-conviction writs of habeas corpus. *See In re McAfee*, 53 S.W.3d 715, 718 (Tex.App.-Houston [1st Dist.] 2001, orig. proceeding).

We dismiss relator's petition for writ of mandamus for lack of jurisdiction.